940 F.2d 653
 Sassower (George)
v.
Fidelity and Deposit Company of Maryland, Feltman (Lee),
Karesh Major Farbman, Puccini Clothes, Ltd., Raffe (Hyman),
A.R. Fuels, Incorporated, Dann (Eugene), Sorrentino
(Robert), Kreindler & Relkin, PC., Citibank, NA, Barr
(Jerome H.), Nachamie, Hendler & Spizz, PC., Nashbax &
Pokart, Bergson (Howard), Postel (Ira), Murphy (Francis T.),
Riccobono (Xavier C.), Dontzin (Michael J.), Gammerman
(Ira), Klein (Alvin F.), Saxe (David B.),
 NO. 90-1146
 United States Court of Appeals,
Fourth Circuit.
 JUL 02, 1991
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.